**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7455**

JEREMIAH EZEKIEL COX,

                Plaintiff - Appellant,

     v.

C. SMITH, Correctional Officer,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:20-cv-00374-HEH-RCY)

Submitted:  June 16, 2021                        Decided:  July 13, 2021

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeremiah Ezekiel Cox, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Ezekiel Cox appeals the district court's order dismissing without prejudice his civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (discussing relevant factors); *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (applying abuse-of-discretion standard). Accordingly, we affirm for the reasons stated by the district court. *Cox v. Smith*, No. 3:20-cv-00374-HEH-RCY (E.D. Va. Sept. 14, 2020). We deny Cox's request for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*